PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JEANNETTE DRAKE,                          )
                                          )       CASE NO.  1:24CV0247
                  Plaintiff,              )
                                          )
         v.                               )       JUDGE BENITA Y. PEARSON
                                          )
CAROLYN W. COLVIN,[1]                     )
ACTING COMMISSIONER OF                    )
SOCIAL SECURITY,                          )
                                          )       **MEMORANDUM OF OPINION**
                  Defendant.              )       **AND ORDER**

An Administrative Law Judge ("ALJ") denied Plaintiff Jeannette Drake's application for spousal survivor's benefits after a hearing in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision.  The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge Darrell A. Clay for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On November 19, 2024, the magistrate judge submitted a Report (ECF No. 17) recommending that the Court affirm the Commissioner's decision.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Objections to the magistrate judge's Report were, therefore, due on December 3, 2024.  Neither party has filed objections, evidencing satisfaction with the

---

[1] Martin J. O'Malley was the original Defendant.  He was sued in an official capacity as a public officer.  On November 30, 2024, Carolyn W. Colvin was designated by President Biden as the Acting Commissioner of Social Security.  Pursuant to Fed. R. Civ. P. 25(d), Colvin's name has been automatically substituted as a party.

(1:24CV0247)

magistrate judge's recommendations.  Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Report and Recommendation of the magistrate judge is hereby adopted. The decision of the Commissioner of Social Security is affirmed.  Judgment will be entered in favor of Defendant.


IT IS SO ORDERED.


____December 13, 2024____          ___/s/ Benita Y. Pearson_____
Date                                Benita Y. Pearson
                                    United States District Judge

2